# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Edward L. Youngman** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 16-1005 |
| **Judge Michael E. Brandt, Peoria County, & Judge Stephen A. Kouri** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Amended Complaint, (Doc. 12), Judge Michael E. Brandt was terminated as a party.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order & Opinion entered 6/28/2018, (Doc. 40), judgment is entered in favor of the Defendant Chief Judge Stephen A. Kouri and against Plaintiff.

**CASE TERMINATED**.

Dated: 6/28/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court