E-FILED
Monday, 16 July, 2018   12:48:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD L. YOUNGMAN, | ) |
| | ) |
| Plaintiff, | )   No: 16 CV1005 |
| | ) |
| vs. | ) |
| | ) JURY DEMAND |
| CHIEF JUDGE STEPHEN A. KOURI and PEORIA COUNTY , | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Edward L. Youngman, plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on the June 28, 2018.

BY:/s/Michael T. Smith
Michael T. Smith

Name: Michael T. Smith #6180407IL
Attorney for: Plaintiffs/Appellant
Address: 10 N. Martingale Road, Suite 400
City: Schaumburg, Illinois 60173
Telephone: (847) 466-1099

1