# UNITED STATES DISTRICT COURT
для the
Central District of Illinois

| | |
|---|---|
| Edward L. Youngman )<br><br>Plaintiff, )<br><br>vs. )<br><br>Chief Judge Michael E. Brandt, )<br>Peoria County, Stephen A. Kouri )<br><br>Defendants. ) | Case Number: 16-1005 |

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the First Amended Complaint, Michael E. Brandt was terminated as a party.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order & Opinion entered 6/28/2018, judgment is entered in favor of the Defendant, Judge Stephen A. Kouri, and against the Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that costs in the amount of $1,883.15 are AWARDED in favor of Defendants and against Edward Youngman.

Dated: 8/10/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court